**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA          :

    - v. -                        :

WESAM EL-HANAFI,                  :
    a/k/a "Khaled," and
SABIRHAN HASANOFF,                :
    a/k/a "Tareq,"
                                  :
        Defendants.
                                  :
- - - - - - - - - - - - - - - - - -x

**ORDER**

S2 10 Cr. 162

    Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorney Nicholas Lewin;

    It is found that the Superseding Indictment S2 10 Cr. 162, in the above-captioned action, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore,

    ORDERED that Superseding Indictment S2 10 Cr. 162 in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         April 30, 2010

                                            THE HONORABLE JAMES L. COTT
                                            UNITED STATES MAGISTRATE JUDGE
                                            SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 30 APR 2010
```