UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** |
| -v.- | : | |
| WESAM EL-HANAFI,<br>  a/k/a "Khaled," and<br>SABIRHAN HASANOFF,<br>  a/k/a "Tareq," | : | S3 10 Cr. 162 (KMW) |
| | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - x

TO:     Clerk of Court
        United States District Court
        Southern District of New York

     The undersigned attorney respectfully requests the Clerk to note his appearance in this case in addition to AUSAs already on the case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                    Respectfully submitted,

                                    PREET BHARARA
                                  United States Attorney for the
                                  Southern District of New York

                by:     /s/ John P. Cronan
                        John P. Cronan
                        Assistant United States Attorney
                        Tel.: (212) 637-2779

TO:  Janeanne Murray, Esq.
     Justine Aleta Harris, Esq.
     *By electronic mail*