# LAW OFFICE OF ELIZABETH M. FINK

36 PLAZA STREET • BROOKLYN, NEW YORK 11238
(718) 783-3682 • FAX (718) 783-5853 • www.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/13

June 4, 2013

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

VIA FAX (212) 805-7900

**MEMO ENDORSED**

Re: *United States v. Wesam El-Hanafi*, 10 Cr. 162 (KMW)

Dear Judge Wood,

Please accept this letter as a request for an adjournment of the sentence currently scheduled for June 17, 2013. The government consents to this adjournment.

Dr. Chalfin, the medical expert appointed by this Court, is in the process of preparing a report and recommendations for the future treatment of Mr. El Hanafi. Dr. Chalfin has informed us that it has taken her longer than anticipated to research treatment options for Mr. El Hanafi because she has never before encountered a case of deep vein thrombosis that has gone untreated for as long as Mr. El Hanafi's, nor has she been able to locate any experts who have seen such cases. In addition, Dr. Bussanich, Mr. El Hanafi's treating physician at the Metropolitan Correction Center, has ordered an additional test and is awaiting the results.

We respectfully request the following proposed schedule, to which the government consents: an adjournment of the date of sentence until June 28, 2013 with the defense submission due on June 17, 2013, and the government's response due on June 24, 2013. We expect that the additional two weeks will allow sufficient time for the test results ordered by Dr. Bussanich and for Dr. Chalfin to complete her report.

Thank you for your kind consideration of this request.

*Sentencing is adjourned to Monday, July 1, 2013, at 11:00 a.m. Defendant's submission is due June 17. Government response is due June 24.*

Respectfully yours,

*Elizabeth M. Fink*

ELIZABETH M. FINK

CC: AUSA John Cronan, By Electronic Mail

SO ORDERED:   6-5-13   N.Y., N.Y.

*Kimba m. Wood*
KIMBA M. WOOD
U.S.D.J.