

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/13

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

June 10, 2013

**By Facsimile**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re: **United States v. Wesam El-Hanafi**
          10 Cr. 162 (KMW)

Dear Judge Wood:

I write respectfully on behalf of the Government in the above-referenced case, to request a brief adjournment of the conference that is scheduled for June 19, 2013, at 11:00 a.m. I am currently scheduled to be out of the country for official business on June 19th, and therefore respectfully request that the conference been adjourned to Monday, June 24, 2013, at 1:00 p.m., which I understand to be an available time for the Court and for defense counsel, Elizabeth Fink.

GRANTED
KMW

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
John P. Cronan
Assistant United States Attorney
Tel.: (212) 637-2779
Fax: (212) 637-0097

cc: Elizabeth Fink, Esq.
    *By electronic mail*

6-11-13
**SO ORDERED: N.Y., N.Y.**

_____
**KIMBA M. WOOD**
**U.S.D.J.**