LAW OFFICE OF ELIZABETH M. FINK
36 PLAZA STREET • BROOKLYN, NEW YORK
(718) 783-3682 • FAX (718) 783-5853 • www.FKCLAW.COM

| USDS SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 6/19/13 |

June 18, 2013

Honorable Kimba M. Wood
United States District Judge
Southern District of New York                    VIA FAX: (212) 805-7900
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Wesam El-Hanafi*, 10 Cr. 162 (KMW)

Dear Judge Wood,

Please accept this letter as a statement of the defendant's position that the June 24, 2013 hearing is unnecessary. Attached with this letter and made a part hereof is an affidavit executed by Mr. El-Hanafi stating that he had no knowledge of his brother's complaint and does not support it. He does not wish to pursue an action again AUSA Cronan, and would like to proceed with the sentencing as scheduled.

*Granted) sentencing will proceed. KMW*

Given the above, there is no need for further discussion or consideration of Walid El-Hanafi's letter. Thank you for your kind consideration of letter.

Respectfully yours,

*Elizabeth M. Fink*

ELIZABETH M. FINK

6-19-13

**SO ORDERED:** N.Y., N.Y.

*Kimba M. Wood*

KIMBA M. WOOD
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————————X

UNITED STATES

      — against —               **AFFIDAVIT**

WESAM EL-HANAFI,               10 Cr. 162 (KAW)

                       Defendant.
———————————————————————————————X

STATE OF NEW YORK   )
                   )ss.:
COUNTY OF NEW YORK )

Wesam El-Hanafi, being duly sworn, deposes and says:

1. I am the defendant in the above-entitled proceeding.

2. I understand that my brother, Walid El-Hanafi, has filed a complaint against Assistant United States Attorney John Cronan.

3. I was not aware that my brother was going to take this action, nor did I ask him to do so.

4. I do not endorse my brother's actions, and I do not wish to proceed with any kind of complaint against AUSA Cronan.

                                            Wesam El-Hanafi

Sworn to before me this 17th day
of June , 2013

Notary Public

Rebecca Heinegg
Notary Public State of New York
No. 02HE6231170 - Kings County
Commission Expires 12 - 27 - 14