UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-                                                      No. 10 Cr. 162 (KMW)

WESAM EL-HANAFI

        *Defendant.*

-----------------------------------------------------------X

## SENTENCING MEMORANDUM
## ON BEHALF OF DEFENDANT WESAM EL-HANAFI

                                        Sarah Kunstler
                                        Rebecca Heinegg
                                        *Attorneys for Wesam El-Hanafi*
                                        315 Flatbush Avenue #103
                                        Brooklyn, NY 11217

# LAW OFFICE OF SARAH KUNSTLER

315 FLATBUSH AVENUE #103 • BROOKLYN, NEW YORK 11217
(718) 783-3682 • FAX (347) 402-2014 • KUNSTLERLAW.NET

February 6, 2015

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

                Re:    *United States v. Wesam El-Hanafi*
                         10 Cr. 162 (KMW)

Dear Judge Wood,

      A number of sentencing submissions and exhibits in this case were filed in redacted form because they contained sensitive medical and other information. We have determined that some of our submissions were over-redacted. With the approval of Mr. El-Hanafi, we hereby file, as attachments to this letter, a less-redacted version of our July 25, 2014 sentencing submission (docket # 150) and a fully unredacted version of our September 26, 2014 sentencing submission (docket #177).

      Thank you for your kind attention to this letter.

                                              Respectfully submitted,

                                              Sarah Kunstler
                                              Rebecca Heinegg
                                              *Attorneys for Wesam El-Hanafi*

CC:    AUSA Aimee Hector, AUSA John Cronan, AUSA Michael Lockard

        Wesam El-Hanafi