**MANDATE**

N.Y.S.D. Case #
10-cr-0162(GHW)

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of March, two thousand and fifteen.

_____

United States of America,
    Appellee,

v.

Sabirhan Hasanoff, AKA Tareq,
    Defendant,

Wesam El-Hanafi, AKA Khaled,
    Defendant-Appellant.
_____

ORDER
Docket No. 15-539

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 13, 2015

    Appellant, through counsel, moves to withdraw this appeal with prejudice.

    IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 05/13/2015**