# LAW OFFICE OF SARAH KUNSTLER

315 FLATBUSH AVENUE #103 • BROOKLYN, NEW YORK 11217
(718) 783-3682 • FAX (347) 402-2014 • KUNSTLERLAW.NET

May 13, 2020

BY ECF AND ELECTRONIC MAIL
Honorable Kimba M. Wood
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Wesam El-Hanafi*
      10 Cr. 162 (KMW)

Dear Judge Wood:

**MEMO ENDORSED**

Counsel is in receipt of the government's papers, dated May 12, 2020, and sent by email late yesterday evening. We respectfully request the opportunity to respond, and propose a deadline of this coming Friday, May 15, 2020.

Granted.
KMW

Thank you for your kind consideration of this request.

Respectfully yours,

*Sarah Kunstler*

Sarah Kunstler
Attorney for Wesam El-Hanafi

CC: AUSA Michael Lockard, Esq.

**SO ORDERED.**

**Dated: May 14, 2020**
**New York, New York**

**/s/ Kimba M. Wood**
**KIMBA M. WOOD**
**United States District Judge**