```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___6/15/20_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA

          -against-

WESAM EL-HANAFI,

                    Defendant.
--------------------------------------------------------X

10-CR-162 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      The Court will hold a teleconference, on Probation's proposed modification to the defendant's supervision, on Tuesday, June 16, 2020, at 12:30 p.m.

      To join the teleconference, the parties should dial 888-363-4749 and enter access code 1613818.

      SO ORDERED.

Dated: New York, New York
       June 15, 2020

                                          /s/ Kimba M. Wood /
                                          KIMBA M. WOOD
                                    United States District Judge